UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff(s),**        **CASE NUMBER: 06-20281**
                                            **HONORABLE VICTORIA A. ROBERTS**

**v.**

**D-4 JERMAINE THOMAS,**

        **Defendant(s).**
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

        On November 30, 2006, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation **[Doc. 68]** recommending that the Court deny Defendant's Motion to Suppress Wiretap Evidence and to Disclose Necessary Information in Connection with Suppression Motion **[Doc. 46]**.  Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation.  The Court, therefore, DENIES Defendant's Motion to Suppress.

        **IT IS SO ORDERED.**

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated:  December 14, 2006

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 14, 2006.

S/Carol A. Pinegar
Deputy Clerk